UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

RICHARD COLE, et al.,

Plaintiff,s

v.

AMERICAN SPECIALTY HEALTH NETWORK, INC., et al.,

Defendant.s

Case No. 3:17cv-00013

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Defendant Cigna Corporation hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court.

s/ Warren Haskel

Signature

Name: Warren Haskel

Address: Kirkland & Ellis LLP

Address: 601 Lexington Avenue

Address: New York, NY 10022

Phone: 212.446.4800

Email: warren.haskel@kirkland.com

**FEE: $75.00**
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

## CERTIFICATE OF SERVICE

I, Valerie Moore, the undersigned, certify under penalty of perjury that on this __13th__ day of February, 2017, I caused a true and correct copy of the attached Motion for Admission *Pro Hac Vice* to be served upon all counsel of record via this Court's ECF system. I further certify that the foregoing is available for viewing and downloading from the ECF system.

/s/ *Valerie Moore*
Valerie Moore

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**WARREN HASKEL**, Bar # **WH0805**

was duly admitted to practice in this Court on <u>MAY 12, 2009</u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street, New York, New York</u> on **FEBRUARY 10, 2017**

Ruby J. Krajick
Clerk

by _____
Deputy Clerk