## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the Motion for Admission *Pro Hac Vice* for Joshua B. Simon has been served via the U.S. District Court ECF System upon the following:

  Amber Griffin Shaw
  J. Houston Gordon
  Law Office of J. Houston Gordon
  114 W. Liberty Ave., Suite 300
  Covington, TN  38019
  ashaw@lawjhg.com
  lawjhg@comcast.net

  Joshua B. Simon (admitted *pro hac vice*)
  Warren Haskel (admitted *pro hac vice*)
  KIRKLAND & ELLIS LLP
  601 Lexington Ave.
  New York, NY  10022
  joshua.simon@kirkland.com
  warren.haskel@kirkland.com


Dated:  February 13, 2017

                                            /s/   Valerie Moore
                                            Valerie Moore

2

Case 3:17-cv-00013   Document 11   Filed 02/13/17   Page 1 of 1 PageID #: 84