UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**ORDER:** Motion granted.

*s/ [signature]*
U.S. Magistrate Judge

RICHARD COLE, et al.,

Plaintiff,s

v.

Case No. 3:17cv-00013

AMERICAN SPECIALTY HEALTH NETWORK, INC., et al.,

Defendant. s

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Defendant Cigna Corporation hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court.

s/ Joshua B. Simon

Signature

Name: Joshua B. Simon

Address: Kirkland & Ellis LLP

Address: 601 Lexington Avenue

Address: New York, NY 10022

Phone: 212.446.4800

Email: joshua.simon@kirkland.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 21 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*