ORDER:
Motion granted for date and time requested.

*[signature]*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD COLE, BRADFORD COLE, CARY JUSTICE, MICHAEL MASSEY and DON WEGENER,<br><br>Plaintiffs, on behalf of the themselves and all others similarly situated,<br><br>v.<br><br>AMERICAN SPECIALTY HEALTH NETWORK, INC.; AMERICAN SPECIALTY HEALTH, INC.; CIGNA CORPORATION, INC.; JOHN DOES A, B & C; and JANE DOES A, B, & C,<br><br>Defendants. | Case No. 3:17-cv-00013<br><br>Judge Waverly D. Crenshaw<br>Magistrate Judge Jeffery S. Fensley |

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Plaintiffs and Defendant Cigna Corporation, Inc. ("Cigna"), by and through their undersigned counsel, jointly request that the Court continue the initial case management conference, currently scheduled for March 6, 2017 at 10:30 a.m. (ECF Doc. 5), to March 28, 2017, at 1:30 p.m. All other aspects of the Order scheduling the case management conference (ECF Doc. 5) will remain the same.

There is good cause to continue the initial case management conference. Cigna is the only Defendant served in this action. Plaintiffs mailed waiver of service to Cigna on January 23, 2017, and Cigna executed that waiver on February 7, 2017. Defendants American Specialty Health Networks, Inc. and American Specialty Health, Inc. (jointly, "ASH") have not been served. In the interests of judicial economy and conserving judicial and party resources, the parties agree that the case management conference should be continued until after such time as all parties have been served and have registered appearances. Additionally, though ASH has not