```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675045120
Cashier ID: amorgan
Transaction Date: 03/16/2017
Payer Name: Bass Berry Sims
-----------------------------------
PRO HOC VICE
 For: Bass Berry Sims
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:       $150.00
-----------------------------------
CHECK
 Check/Money Order Num: 510227
 Amt Tendered:  $150.00
-----------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

3:17-cv-0013, Elizabeth D. Mann,
Matthew H. Marmolego
```